## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROOSEVELT GRIFFIN, SR.
ADC # 92876                                                                                       PLAINTIFF

V.                                        5:07CV00240 JLH/JFF

LARRY NORRIS *et al.*                                                                  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge John F. Forster and the objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Defendants' Motions for Summary Judgment (docket entries #9 and #20) are GRANTED;

2) This cause of action is DISMISSED WITHOUT PREJUDICE; and

3) All other pending Motions are DENIED AS MOOT.

DATED this 28th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE